UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD,<br><br>                    Plaintiff,<br><br>v.<br><br>PALM TREE HOSPITALITY CORPORATION,<br><br>                    Defendant. | Case No.: 19-CV-1569-JLS-WVG<br><br>**ORDER VACATING PRE-EARLY NEUTRAL EVALUATION CONFERENCE AND RELATED DATES AND SETTING STATUS CONFERENCE** |

Pursuant to the Court's October 30, 2019 Order (Doc. No. 5), counsel for the Parties was to telephonically appear for the Pre-Early Neutral Evaluation Conference on November 22, 2019 at 11:30 A.M. and the Parties and their counsel were to personally appear for the Early Neutral Evaluation Conference ("ENE") on December 13, 2019 at 2:30 P.M. On November 14, 2019, the Parties filed a Notice of Settlement (Doc. No. 6), thus obviating the need for the Pre-ENE and the ENE. Accordingly, the Court hereby VACATES the November 22, 2019 Pre-ENE, the December 13, 2019 ENE, and all related dates as noted throughout the Court's October 30, 2019 Order (Doc. No. 5).

In doing so, the Court ORDERS counsel for the Parties to appear telephonically for a joint status conference on **Friday, November 22, 2019 at 9:00 A.M.** to discuss all steps necessary to finalize the settlement process. The Court further ORDERS counsel for the

Parties to lodge their appearances and the telephone numbers at which they can be reached without fail for purposes of the November 22, 2019 joint status conference. Counsel shall do so **no later than 12:00 P.M. on Monday, November 18, 2019**. Chambers will initiate the joint status conference.

**IT IS SO ORDERED.**

Dated: November 15, 2019

_____
Hon. William V. Gallo
United States Magistrate Judge