MICHAEL W. VIVOLI (SBN 184366)
mvivoli@vivolilaw.com
JASON P. SACCUZZO (SBN 221837)
jsaccuzzo@vivolilaw.com
DUSTIN A. PINDER (SBN 326056)
dpinder@vivolilaw.com
VIVOLI SACCUZZO, LLP
3104 Fourth Avenue
San Diego, California 92103
(619) 744-9992 (Tel)
(619) 744-9994 (Fax)

Attorney for Defendant,
PALM TREE HOSPITALITY CORPORATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual<br><br>Plaintiff,<br><br>vs.<br><br>PALM TREE HOSPITALITY CORPORATION, a California corporation,<br><br>Defendants. | Case No.: 19-CV-1569-JLS-WVG<br><br>**NOTICE OF LODGING DEFENDANT'S APPEARANCE AT JOINT STATUS CONFERENCE AND TELEPHONE NUMBER**<br><br>**Date:** November 22, 2019<br>**Time:** 9:00 a.m.<br>**Telephone Number:** 619-744-9992<br><br>Complaint Filed: August 21, 2019<br>Trial Date: *Settled* |

TO THE COURT AND ALL PARTIES HEREIN:

PLEASE TAKE NOTICE that Defendant, Palm Tree Hospitality Corporation's Counsel, Jason P. Saccuzzo will appear via telephone at the Joint Status Conference on **Friday, November 22, 2019 at 9:00 a.m**.

///
///
///

---

1
NOTICE OF LODGING DEFENDANT'S APPEARANCE AT JOINT STATUS CONFERENCE
AND TELEPHONE NUMBER

| | |
|---|---|
| 1 | Defendant's counsel will be available via **619-744-9992, extension 101**. |
| 2 | |
| 3 | Dated: November 19, 2019                    VIVOLI SACCUZZO, LLP |
| 4 | By: _/s/ Jason P. Saccuzzo |
| 5 | JASON P. SACCUZZO<br>DUSTIN A. PINDER |
| 6 | Attorney for Defendant, |
| 7 | PALM TREE HOSPITALITY CORPORATION |

United States District Court
Southern District of California

| | |
|---|---|
| **James Rutherford, an individual,** ) | CASE NO: 19-cv-1569-JLS-WVG |
| ) | |
| ) | **DECLARATION OF SERVICE** |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **Palm Tree Hospitality Corporation, a California corporation;** ) | |
| ) | |
| **Defendants.** ) | |

**PARTY SERVED:**

| | |
|---|---|
| Joseph R. Manning, Jr., Esq. | Attorney for Plaintiff |
| 20062 SW Birch Street, Suite 200 | Tel: 949-200-8755 |
| Newport Beach, CA 92660 | Email: disabilityrights@manninglawoffice.com |

     I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action. My business address is 3104 Fourth Avenue, San Diego, California 92103. On November 19, 2019 I served the person(s) listed above the following documents: *Notice of Lodging Defendant's Appearance at Joint Status Conference and Telephone Number*

in the following manner:

1) ___ **By Personal Service on Counsel for Defendants.** By placing a true copy thereof enclosed in a sealed envelope(s), and caused such envelope(s) to be delivered by hand to each party at the address shown above.

2) ___ **By Mail.** I caused such envelope to be placed for collection and mailing on this date in the ordinary course of business at San Diego, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. [See Above]

3) ___ **By Certified Mail.** I caused such envelope to be placed for collection and certified mailing on this date in the ordinary course of business at San Diego, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with this firm's practice for collecting and processing correspondence for certified mailing.

4) ___ **By Overnight Courier**: I caused such envelope to be placed for collection and delivery on this date in accordance with standard <u>UPS/FedEx/CA Overnight</u> delivery procedures to be delivered to be addressed shown above

6) ___ **By E-Mail**: I delivered such via email transmission to the addresses listed above

7) <u>XX</u> **By Electronic Service**: I caused an electronic copy to be served using the CM/ECF & Pacers in accordance with the rules of the U.S. District Court, Southern District of California.

Executed on November 19, 2019 at San Diego, California.

_____
Susan Brown

Declaration of Service
Case No.: 19cv1569-JLS-WVG