UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PALM TREE HOSPITALITY CORPORATION, a California corporation; and DOES 1–10, inclusive,<br><br>Defendants. | Case No.: 19-CV-1569 JLS (WVG)<br><br>**ORDER APPROVING JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE**<br><br>(ECF No. 10) |

Presently before the Court is Plaintiff James Rutherford and Defendant Palm Tree Hospitality Corporation's Joint Stipulation for Dismissal of the Entire Action with Prejudice ("Stip.," ECF No. 10), in which the Parties request dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See id.* at 1. Good cause appearing, the Court **APPROVES** the Stipulation. As stipulated, this action is **DISMISSED WITH PREJUDICE** in its entirety, with each Party to bears its own costs and attorneys' expenses.

**IT IS SO ORDERED.**

Dated: December 5, 2019

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge